**Order entered September 10, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00966-CV

### IN THE MATTER OF L.W., A JUVENILE

### On Appeal from the 304th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. JD-18-01485-W

## ORDER

Before the Court is the September 9, 2019 request of Martha Grant, Official Court Reporter for the 304th Judicial District Court, for an extension of time to file the reporter's record. We **GRANT** the request and extend the time to **September 13, 2019**. We caution Ms. Grant that further extension requests in this accelerated appeal will be disfavored.

/s/ KEN MOLBERG
   JUSTICE